JOHN L. BARBER, SB# 160317
E-Mail: barber@lbbslaw.com
MELISSA T. OMANSKY, SB# 227451
E-Mail: omansky@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Defendants HG PIZZA RESTAURANTS, INC., GEORGE DOO and YING DOO

UNITED STATES DISTRICT COURT

LOS ANGELES DISTRICT OF CALIFORNIA, EASTERN DISTRICT

| | |
|---|---|
| JASON CLARE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HG PIZZA RESTAURANTS, INC., a California corporation, dba ROUND TABLE PIZZA, GEORGE DOO, YING DOO, and DOES ONE through FIFTY, inclusve,<br><br>　　　　Defendants. | CASE NO. 2:07-CV-00649-LKK-KJM<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR FILING DEFENDANTS GEORGE DOO AND YING DOO'S RESPONSE TO PLAINTIFF'S COMPLAINT** |

Plaintiff JASON CLARE ("Plaintiff") and Defendants GEORGE DOO and YING DOO, by and through their respective attorneys of record, do hereby stipulate and agree that the time for GEORGE DOO and YING DOO to respond to Plaintiff's Complaint in the above-referenced action shall be extended up to and including June

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

4827-0616-8577.1                                    -1-
STIPULATION AND ORDER TO EXTEND TIME FOR FILING DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT

13, 2007. This extension of time is in no way intended to delay disposition of this action.

DATED: May 25, 2007

JOHN L. BARBER
MELISSA T. OMANSKY
LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
Melissa T. Omansky
Attorneys for Defendants HG PIZZA RESTAURANTS, INC., GEORGE DOO and YING DOO

DATED: May 25, 2007

SINGLETON LAW GROUP

By _____
Jason K. Singleton
Attorneys for Plaintiff JASON CLARE

**ORDER**

Based upon the foregoing Stipulation:

IT IS HEREBY ORDERED that GEORGE DOO and YING DOO will have through and including June 13, 2007, in which to file a respones in the above-referenced matter.

DATED: June 4, 2007

_____
UNITED STATES DISTRICT JUDGE