**Jason K. Singleton,** State Bar #166170
lawgroup@sbcglobal.net
**Richard E. Grabowski,** State Bar #236207
rgrabows@pacbell.net
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501

(707) 441-1177
FAX  441-1533

Attorney for Plaintiff, JASON CLARE

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| JASON CLARE,<br><br>    Plaintiff,<br>v.<br><br>HG PIZZA RESTAURANTS, INC., a California corporation, dba ROUND TABLE PIZZA, GEORGE DOO, YING DOO,<br><br>    Defendants. | Case No.  2:07-CV-00649-LKK-KJM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |

Plaintiff JASON CLARE and Defendants HG PIZZA RESTAURANTS, INC., dba ROUND TABLE PIZZA, GEORGE DOO, and YING DOO (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1.   The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

2.   Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated:        September 14 , 2007         /s/ Jason K. Singleton
                                          Jason K. Singleton,
                                          Richard E. Grabowski, Attorneys for Plaintiff,
                                          **JASON CLARE**

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

Dated:   October 11, 2007   /s/ Melissa T. Omansky
Melissa T. Omansky, Attorneys for Defendants
**HG PIZZA RESTAURANT, dba ROUND TABLE PIZZA, GEORGE DOO, YING DOO**

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>CLARE vs HG PIZZA RESTAURANTS, INC., et al.</u>, Case Number 2:01 CV 00649 LKK KJM, is dismissed with prejudice with each party to bear their own attorneys fees and costs.

Dated:   October 16, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT